UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:11-CV-73-F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| $2,300.00 in U.S. CURRENCY, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court upon the United States Attorney's Office's "Notice of Voluntary Dismissal" [DE-38] made pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure. For good cause shown, this action is DISMISSED without prejudice. All pending motions are DENIED as moot, and the Clerk of Court is DIRECTED to close this case.

SO ORDERED.

This the 21 day of October, 2013.

JAMES C. FOX
Senior United States District Judge